IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY PILMAIER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV349 |
| | ) | |
| V. | ) | |
| | ) | |
| OMAHA PUBLIC POWER DISTRICT, A Political Subdivision, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Defendant Omaha Public Power District filed a motion requesting that this case be consolidated with *Nellenbach v. OPPD*, Case No. 8:14-cv-40 (D. Neb. 2014). (Filing 14.) Because there are motions to dismiss pending in each of the cases, the motion to consolidate will be denied as premature.

**IT IS ORDERED** that Defendant's Motion to Consolidate Cases and to Order Separate Trials (filing 14) is denied without prejudice to reassertion at a later time.

**DATED July 22, 2014.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge