# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TIMOTHY PILMAIER,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV349 |
| | ) | |
| V. | ) | |
| | ) | |
| **OMAHA PUBLIC POWER** | ) | ORDER |
| **DISTRICT, A Political Subdivision,** | ) | |
| | ) | |
| Defendant. | ) | |

The progression order entered in this case set December 15, 2014 as the deadline for the parties to amend pleadings.  (Filing 25.)  Plaintiff filed a Motion for Leave to File an Amended Complaint (filing 34) on December 8, 2014.  Defendant has not responded to Plaintiff's motion and, therefore, the motion will be deemed unopposed.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint (filing 34) is granted.  Plaintiff shall file his Amended Complaint by or before January 7, 2015.

**DATED January 6, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**