IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY PILMAIER, | CASE NO. 8:13-cv-00349 |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| OMAHA PUBLIC POWER DISTRICT, A Political Subdivision, | |
| Defendant. | |

THIS MATTER is before the Court on the parties' joint stipulation for dismissal with prejudice, Filing No. 52. Being fully advised in the premises, it is hereby ordered:

1. Plaintiff's complaint is dismissed, with prejudice.

2. Each party shall pay their own costs and attorney fees.

IT IS SO ORDERED.

Dated February 17, 2016.

s/ Joseph F. Bataillon
Senior United States District Judge

1410376